# UNITED STATES of America, Plaintiff–Appellee

v.

# Denis Agbor AGBOR, Defendant–Appellant.

### No. 13–60370
### Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 10, 2014.

Gregory Layne Kennedy, Esq., Assistant U.S. Attorney, Glenda Ruth Haynes, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Jackson, MS, Gaines H. Cleveland, Assistant U.S. Attorney, U.S. Attorney's Office, Gulfport, MS, for Plaintiff–Appellee.

Thomas Lee Stingley, Jr., Esq., Stingley Law Firm, P.L.L.C., Jackson, MS, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Denis Agbor Agbor appeals his concurrent 16–month sentences for falsely representing himself as a United States citizen and using the identification of another to commit unlawful activity. He asserts that the district court erroneously applied the guidelines sentencing enhancement in U.S.S.G. § 2B1.1(b)(11)(C)(i) to determine his sentence. Agbor completed his term of imprisonment and was released by the Bureau of Prisons on December 31, 2013. He was not sentenced to a term of supervised release. Because he "has completed the confinement portion of his sentence, any argument that the prison term should be reduced is moot." *United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382 (5th Cir.2007).

DISMISSED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.